**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/9/2025__



**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

April 7, 2025

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Raul de la Cruz v. City of New York, et. al., 24 Civ. 2289 (ALC)

Your Honor:

I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. The parties write jointly for an extension of time in connection with defendants' anticipated motion to dismiss. Defendants propose to file their motion by April 25, 2025 (instead of April 11, 2025). Plaintiff proposes to file his response by May 23, 2025. Defendants propose to file their reply by June 6, 2025. The requested extensions are for the reason that the parties need the additional time to fully address the important and numerous issues in connection with defendants' motion.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 9, 2925
New York, NY