**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

RAUL DE LA CRUZ,                                                    :
                                                                               :
                                        Plaintiff,                          :
                                                                               :
                        -against-                                        :         1:24-cv-02289 (ALC)
                                                                               :
CITY OF NEW YORK ET AL,                                     :         ORDER
                                                                               :
                                        Defendants.                      :
                                                                               :
                                                                               :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 11, 2026 Plaintiff filed a letter motion for a conference to address, in relevant part, an ongoing dispute over a confidentiality stipulation. *See* ECF NO. 88. On March 13, 2026, Defendants filed a letter response, asking the Court to defer addressing this issue until the Court's decision on Defendants' motion to dismiss. *See* ECF No. 90. On March 31, 2026, the Court entered an Order and Opinion granting Defendants' motion to dismiss and granting Plaintiff leave to file an amended complaint by April 21, 2026. *See* ECF No. 91. As such, the Parties are ordered to submit a joint status report by **April 23, 2026.** In the report, the Parties should make sure to address whether a conference is still necessary to resolve the dispute over the confidentiality stipulation.

**SO ORDERED.**

Dated:     **April 16, 2026**
               **New York, New York**

_____

                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**